## HEATH v. TANNER.

No. 1215.     Opinion Filed January 9, 1912.

(120 Pac. 636.)

**APPEAL AND ERROR**—Dismissal—Failure to Serve Case-Made. A party desiring to appeal has three days by statute in which to serve a case-made after the judgment or order appealed from is entered, and unless such case-made is served within that time the case will not be considered in this court. **Carr v. Thompson,** 27 Okla. 7, 110 Pac. 667.

(Syllabus by Robertson, C.)

*Error from Comanche County Court; Jas. H. Wolverton, Judge.*

Action by W. I. Tanner against C. W. Heath. Judgment for plaintiff, and defendant brings error. Dismissed.

*B. M. Parmenter,* for plaintiff in error.

*Stubblefield & Whalen,* for defendant in error.

Opinion by ROBERTSON, C. In this case judgment was entered on November 28, 1908. Service of case-made was acknowledged by attorneys for defendant in error March 29, 1909. Waiver of notice as to the time and place of settling and signing was signed by attorneys for defendants November 5, 1909. The purported case-made was not made and served within three days from the date of judgment, and no extension of time for that purpose was asked for by plaintiff in error, or granted by the court. This court, therefore, is without jurisdiction to consider any of the alleged errors sought to be shown thereby. Therefore, on the authority of *Carr v. Thompson et al.,* 27 Okla. 7, 110 Pac. 667, *Cowan v. Maxwell,* 27 Okla. 87, 111 Pac. 388, *McCoy v. McCoy,* 27 Okla. 371, 112 Pac. 1040, *Willson v. Willson,* 27 Okla. 419, 112 Pac. 970, *School District. v. Cox,* 27 Okla. 459, 112 Pac. 1041, and *Lathim v. Schlack,* 27 Okla. 522, 112 Pac. 968, the petition in error is dismissed.

By the Court: It is so ordered.

All the Justices concur.